**FINAN v. UNITED STATES.**

No. 5963.

United States Court of Appeals
Fourth Circuit.

Argued Nov. 7, 1949.

Decided Nov. 8, 1949.

Melvin J. Sykes, Baltimore, Md. (appointed by the court), for appellant.

Bernard J. Fylnn, U. S. Atty., Baltimore, Md., for appellee.

Before PARKER, Chief Judge, and SOPER and DOBIE, Circuit Judges.

PER CURIAM.

This is an appeal from an order denying a motion made under 28 U.S.C.A. § 2255 to vacate a judgment and sentence of imprisonment in a criminal case. The motion did no more than challenge the sufficiency of the proofs at the trial in which the prisoner was convicted; and it is too well settled to admit of argument that questions of this sort may not be raised by motion under 28 U.S.C.A. § 2255. Howell v. United States, 4 Cir., 172 F.2d 213, Taylor v. United States, 4 Cir., 177 F.2d 194.

Affirmed.